# United States District Court

Eastern District of Wisconsin

**MARKEL AMERICAN INSURANCE COMPANY,**
        Plaintiff,

                **DECLARATORY JUDGMENT**

**MIKE CEFALU**,                **CASE NUMBER**: 05-CV-372

        Defendant.

[X]   **Decision by Court**. This action came to trial before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**
pursuant to Rule 57, Fed.R.Civ.P., judgment is hereby entered declaring:

A relationship of insurer and insured exists between plaintiff and defendant in regards to the incident of September 5, 2004;

The Lynn A was seaworthy at the inception of policy CM2009254;

The Lynn A was seaworthy at the time of the September 5, 2004 incident;

Policy CM2009254 affords hull and machinery coverage for the incident of September 5, 2004;

Policy CM2009254 includes hull and machinery coverage for the incident of September 5, 2004.

                                    EASTERN DISTRICT OF WISCONSIN
                                    Clerk of Court

<u>January 5, 2007</u>
Date                               (By) <u>s/ C. Quinn</u>, Deputy Clerk

                                    Approved this <u>5th</u> day of January, 2007.

                                    s/AARON E. GOODSTEIN
                                    United States Magistrate Judge